# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CAPITOL INDEMNITY CORPORATION** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO. 1:18-00537-JB-N |
| | ) |
| **BES DESIGN/BUILD, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on the parties' "Joint Stipulation of Dismissal without Prejudice of Defendant Heather Bolton." (Doc. 52). Upon consideration of the stipulation, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is **dismissed** without prejudice as to Defendant Heather Bolton.

**DONE and ORDERED** this 19th day of August, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE